UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

OLIVER ET AL.,

               Defendant.

---

19-cr-568 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2019

SIDNEY H. STEIN, U.S. District Judge.

    Based on the information presented at today's pre-trial conference, the bail conditions of defendant Hugho Witter are hereby modified to allow him to travel to eastern Pennsylvania on December 1, 2019 to drop off his son at Lycoming College. Witter shall return home on the same day.

Dated: New York, New York
         November 27, 2019

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.