*The Law Office of*
**Kenneth J. Montgomery, PLLC**
198A Rogers Ave
Brooklyn, NY 11225
(718) 403-9261 Telephone
(917) 770-5590 Mobile
(614) 455-9261 Facsimile
kjmontgomerylaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2020

March 19, 2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Gilbert Oliver, et al.*, 19 Cr. 568 (SHS)

Your Honor:

As the Court is aware I represent Mr. Oliver in the above-referenced case which is scheduled for sentencing May 13, 2020. At this time, I am requesting that the sentencing be rescheduled. Mr. Oliver's PSR has been terminated by the BOP because of the Covoid-19 pandemic. Additionally, I am unable to meet with Mr. Oliver in preparation for his sentencing submission. Thank you for your time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
Kenneth J. Montgomery

The sentencing is adjourned to July 14 at 2:30 p.m.

SO ORDERED 3/20/2020

SIDNEY H. STEIN
U.S.D.J.