UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-Cr-568 (SHS) |
| -v- | ORDER |
| GILBERT OLIVER, | |
| Defendant(s). | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant's attorney having notified the Court's chambers on April 21, 2020, that defendant wishes to withdraw his motion for bail [Doc. No. 43],

    IT IS HEREBY ORDERED that defendant's motion for bail [Doc. No. 43] is dismissed as moot. The Clerk's Office shall terminate the motion.

Dated: New York, New York
       April 21, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.