# LAW OFFICE OF KENNETH J. MONTGOMERY PLLC

198 ROGERS AVENUE
BROOKLYN, NEW YORK 11225
PH(718) 403-9261
FAX(347) 402-7103
ken@kjmontgomerylaw.com

July 21, 2020

**MEMO ENDORSED**

<u>FILED BY E.C.F.</u>
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **UNITED STATES v. GILBERT OLIVER,** Docket No. 19 cr. 568 (SHS)

Dear Judge Stein:

During this morning's sentencing proceeding I neglected to make a request on behalf of my client that he be designated to Fairton FCI or Allenwood. Both BOP facilities are close in proximity to his family who mainly reside in Pennsylvania, Maryland and New York.

Respectfully,

*Kenneth J. Montgomery*

Kenneth J. Montgomery, esq
Attorney for Gilbert Oliver
198 Rogers Avenue
Brooklyn, NY 11225

---

**That Court recommends to the BOP that defendant be housed in the northeast region to facilitate visits with his family who reside in Pennsylvania, Maryland, and New York.**

Dated: New York, New York
       July 21, 2020

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.